GARY M. RESTAINO
United States Attorney
District of Arizona
BENJAMIN GOLDBERG
Assistant U.S. Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

**Jan 06 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.  CR-25-00013-PHX-DWL (MTM) |
| Plaintiff, | |
| v. | **INFORMATION** |
| Christian Mireles Mancillas, | VIO: 18 U.S.C. §§ 922(o) & 924(a)(2) |
| Defendant. | (Possession or Transfer of a Machinegun) |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

Beginning on a date unknown and continuing until on or about November 3, 2023, in the District of Arizona, CHRISTIAN MIRELES MANCILLAS did knowingly possess and transfer a machinegun, that is, a part commonly known as a "Machinegun Conversion Device" or "Switch", which is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

//

//

//

//

//

//

- 10 -

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

Dated this ___3rd___ day of ___January___, 20_25___.

GARY M. RESTAINO
United States Attorney
District of Arizona

BENJAMIN GOLDBERG

- 11 -